## ABRAM FRYER, RESPONDENT, *v.* STEPHEN ROCKEFELLER AND OTHERS.

*Foreclosure sale — defects in title — when purchaser not excused by.*

The purchaser at a mortgage foreclosure sale cannot refuse to carry out his purchase on account of defects of title prior to the execution of the mortgage foreclosed. It is the equity of redemption that is cut off by the sale; that is all that the law authorizes to be done, and the purchaser is bound to know, when he bids, that he is getting nothing else. (BOARDMAN, J.) (2 Barb. Ch. Pr. [2d ed.], 529; *Holden* v. *Sackett*, 12 Abb., 473.)

APPEAL by Isaac B. Findull, the purchaser at a sale, under judgment of foreclosure and sale in this action, from an order made at the Saratoga Special Term, directing the purchaser to perfect his purchase, etc.

*Isaac L. Egbert*, for the appellant.

*L'Amoreaux & Dake*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

LEARNED, P. J., concurred in the result, for the reason that adverse possession appeared to have accompanied the paper title claimed under since 1833.

Order affirmed, with ten dollars costs and expenses of printing.